# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK ROBERT GRANADO,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No.  2:20-cv-06141-VAP-JC<br><br>[PROPOSED] ORDER |

Based upon the parties' Stipulation for Dismissal, **IT IS ORDERED** that the Clerk of the Court is directed to close this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

DATE: March 24, 2021        /s/ Jacqueline Chooljian
                            HON. JACQUELINE CHOOLJIAN
                            UNITED STATES MAGISTRATE JUDGE